A07A1329. BLY v. THE STATE.
(662 SE2d 550)

BLACKBURN, Presiding Judge.

In *Bly v. State*,[1] the Supreme Court of Georgia reversed the judgment of this Court in *Bly v. State*.[2] Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Ruffin, P. J., and Bernes, J., concur.*

DECIDED MAY 16, 2008.

*James R. McNiff*, for appellant.
*Fredric D. Bright, District Attorney, Stephen A. Bradley, Assistant District Attorney*, for appellee.

---

